# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY

LAWRENCE RASNIC, et al.      )
       )
      **Plaintiffs,**   )
       )  **Case No. 2:17-02064-CM-GEB**
**v.**       )
       )
**FCA US LLC**      )
**f/k/a CHRYSLER GROUP LLC,**   )
       )
      **Defendant.**  )

## PLAINTIFFS' ACCEPTANCE OF
## DEFENDANT'S OFFER OF JUDGMENT

PLAINTIFF LAWRENCE RASNIC AND REBECA LOPEZ-RASNIC advise the Court herein that they accept Defendant's Offer of Judgment initially tendered September 18, 2018. Specifically, Plaintiffs accept the option two (2) offered by Defendant that includes a "payment of Five Thousand Dollars ($5,000) without a return of the vehicle; plus taxable costs accrued as of the date of this offer of judgment and a reasonable attorneys' fee as agreed to by the parties; or in the absence of an agreement, determined by the Court." Plaintiff attaches FCA US LLC's Offer of Judgment as Exhibit A and Plaintiffs' initial written acceptance as Exhibit B.

Respectfully submitted,

/s/  A. Scott Waddell

_____
A. Scott Waddell     KS# 20955
Waddell Law Firm LLC
2600 Grand, Suite 580
Kansas City, Missouri 64108
scott@aswlawfirm.com
Telephone: 816-914-5365
Facsimile:  816-817-8500
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed on October 2, 2018 with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/  A. Scott Waddell

_____
A. Scott Waddell     KS# 20955