### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LAWRENCE RASNIC and ) | | |
| REBECA LOPEZ-RASNIC ) | | |
| ) | | |
| **Plaintiffs,** ) | | CIVIL ACTION |
| ) | | |
| v. ) | | No. 17-2064-KHV |
| ) | | |
| FCA US LLC ) | | |
| f/k/a CHRYSLER GROUP LLC, ) | | |
| ) | | |
| **Defendant.** ) | | |
| ) | | |

### JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to Rule 68(a), Fed. R. Civ. P., and in accordance with Plaintiffs' Acceptance of Defendant's Offer of Judgment filed on 10/02/2018, that judgment is entered in favor of plaintiffs in the amount of $5,000.00, plus taxable costs accrued as of September 18, 2018 and a reasonable attorneys' fee as agreed to by the parties; or absent an agreement, determined by the Court.

**Dated:   November 5, 2018**

                                                      **TIMOTHY M. O'BRIEN, CLERK**

                                                      **s/ Andrea Schreyer**
                                                      **Deputy Clerk**